

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Faye Comte and Laura Severt, Appellant

No. 06-14-00086-CV        v.

Smith County Commissioners Court and
Joel P. Baker, Cary Nix, Jeff Warr, Joann
Hampton, and Terry Phillips, each in his or
her official capacity as a Smith County
Commissioner, Appellee

Appeal from the 241st District Court of
Smith County, Texas (Tr. Ct. No. 13-2492-
C).  Memorandum Opinion delivered by
Chief Justice Morriss, Justice Moseley and
Justice Burgess participating.  Concurring
Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Faye Comte and Laura Severt, pay all costs of this appeal.

RENDERED OCTOBER 28, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk